UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x
EUKOR CAR CARRIERS, INC.

                **Plaintiff,**
                v.

                                             Civil Action No. 13-167 (FSH)(JBC)

A.T.I. U.S.A., INC. et al.,

                **Defendants.**          **AFFIDAVIT OF SERVICE**

-----------------------------------------------------------x

David Donald Gabel being sworn says:

On July 14, 2014, I served a true copy of the Order to Show Cause dated July 10, 2014 in the captioned matter on the following persons by mailing the same via e-mail, regular mail and certified mail return receipt requested in sealed envelopes in an official depository of the U.S. Postal Service:

        A.T.I. U.S.A., Inc.
        1201 Corbin Street
        Elizabeth, NJ 07201
        Attn: Mr. Oscar Furfaro
        Ricardo@atiusainc.net

        MJ Group Limited – Morgan Jones, LLC
        1201 Corbin Street
        Elizabeth, NJ 07201
        Attn: Ms. Estrella Rodriguez
        estrellarodriguez68@gmail.com; caroto55@hotmail.com

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss.: |
| COUNTY OF ESSEX | ) |

*/s/ David Donald Gabel*
David Donald Gabel

Sworn to before me this
14th day of July, 2014

*/s/ Gerard S. Doyle, Jr.*
Gerard S. Doyle, Jr.
Attorney-at-law
Admitted in New York and New Jersey
Authorized to take oaths under N.J.S.A. 41:2-1

2