GEORGE W. WRIGHT & ASSOCIATES, LLC
505 Main Street, Suite 106
Hackensack, New Jersey 07601
(201) 342-8884

Attorneys for Plaintiff

| | |
|---|---|
| EUKOR CAR CARRIERS, INC.<br><br>                                  Plaintiff,<br><br>v.<br><br>ATI USA INC., ATI CONTAINER SERVICES, LLC and MJ GROUP LIMITED – MORGAN JONES, LLC,<br><br>                                  Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 13-167 (FSH)(JBC)<br><br>STIPULATION OF DISMISSAL AS TO DEFENDANT ATI CONTAINER SERVICES, LLC ONLY |

The above-captioned action having been settled only insofar as it concerns claims and disputes between plaintiff EUKOR Car Carriers, Inc. and defendant ATI Container Services, LLC,

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for said parties, that this action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other, and an Order to that effect may be entered herein without further notice. The action shall continue insofar as it concerns claims and disputes between plaintiff EUKOR Car Carriers, Inc. and defendants ATI USA, Inc. and MJ Group Limited – Morgan Jones, LLC.

Dated: December 22, 2014

GEORGE W. WRIGHT & ASSOCIATES, LLC
Attorneys for Plaintiff

By _____
       George W. Wright

THE LAW OFFICE OF DOYLE & DOYLE
Attorneys for Defendant
ATI Container Services, LLC

By _____
       David Donald Gabel

SO ORDERED:
DATED:

_____

FAITH S. HOCHBERG, U.S.D.J.