GEORGE W. WRIGHT & ASSOCIATES, LLC
505 Main Street, Suite 106
Hackensack, NJ 07102
(201) 342-8884

Attorneys for Plaintiff

------------------------------------------------------------x

EUKOR CAR CARRIERS, INC.

        Plaintiff,

vs.

ATI USA INC., ATI CONTAINER
SERVICES, LLC and the MJ GROUP
LIMITED – MORGAN JONES, LLC,

        Defendants.

------------------------------------------------------------x

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Civil Action No. 13-cv-00167-FSH-JBC

**FINAL JUDGMENT BY DEFAULT**

The Answer of defendants ATI USA INC. and MJ GROUP LIMITED – MORGAN JONES LLC having been stricken pursuant to the Order (Doc.65) entered on August 18, 2014, and said defendants having since failed to plead, appear, answer or otherwise move or defend in this action, and a default having been duly entered against said defendants on August 18, 2014,

IT IS on this day 6th of March, 2015,

ORDERED, ADJUDGED AND DECREED, that plaintiff, EUKOR CAR CARRIERS, INC., recover of defendants ATI USA INC. and MJ GROUP LIMITED – MORGAN JONES LLC, jointly and severally, the principal sum of $1,326,733.80, and against ATI USA INC. the principal sum of $2,930,224.91 together with pre-judgment interest in the sum of $10,642.40, representing interest at the average rate of .125% per annum from January 1, 2013 up to and including December 31, 2014, for a total Final Judgment in the amount of

$4,267,601.11, with costs to be taxed, and post-judgment interest thereon.

Judgment signed this ~~6th~~ 6th day of ~~December~~ March 5, ~~2014~~.

_____
HON. FAITH H. HOCHBERG, U.S.D.J.